UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

CELSIUS NETWORK LLC, *et al.*,

Debtors.

23-CV-523 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedure, specifically in Rule 8018, governs this case. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

*Pro se* appellants request electronic service by email on all matters. Appellants may consent to electronic service via the form available on the website for the Southern District of New York *Pro Se* Intake Unit.[1]

The Court grants all parties permission to effect service electronically, per Federal Rule of Bankruptcy Procedure 8011.

*Pro se* appellants' request to redact their mailing addresses from public court records is granted.

Finally, *pro se* appellants request PACER access to file documents directly. Appellants may consult the *Pro Se* Intake Unit for instructions on filing a motion for permission for electronic case filing.

---

[1] https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact

1

SO ORDERED.

Dated: February 1, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge