| | |
|---|---|
| Joshua A. Sussberg, P.C. <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:     (212) 446-4800 <br> Facsimile:      (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) <br> Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) <br> Christopher S. Koenig <br> Dan Latona (admitted *pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 300 North LaSalle Street <br> Chicago, Illinois 60654 <br> Telephone:     (312) 862-2000 <br> Facsimile:      (312) 862-2200 |

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, <br><br> Debtor-Appellees. | Bankruptcy Appeal <br><br> Case No. 1:23-cv-00523-JPO |

# DEBTOR-APPELLEES' CORPORATE DISCLOSURE STATEMENT

Celsius Network LLC ("Celsius") and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 proceedings (collectively, the "Debtors")[1] respectfully represent:

1. Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, the Debtors certify that the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of a Debtor's equity interests:

---

[1] The Debtors in the jointly administered chapter 11 cases of *In re Celsius Network LLC, et al.*, No. 22-10964 (MG), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| **Debtor** | **Shareholder** | **Approximate Percentage of Shares Held** |
|---|---|---|
| Celsius Network LLC | Celsius US Holding LLC | 100% |
| Celsius KeyFi LLC | Celsius US Holding LLC | 100% |
| Celsius Lending LLC | Celsius US Holding LLC | 100% |
| Celsius Mining LLC | Celsius US Holding LLC | 100% |
| Celsius Network Limited | Celsius Network Inc. | 65.32% |
| Celsius Networks Lending LLC | Celsius Network Inc. | 100% |
| Celsius US Holding LLC | Celsius Network Limited | 100% |
| GK8 Ltd. | Celsius Network IL Ltd. | 100% |
| GK8 UK Limited | GK8 Ltd. | 100% |
| GK8 USA LLC | GK8 Ltd. | 100% |
| Celsius Network Inc. | No parent corporation or any publicly held corporation owns 10% or more of any class of stock. | N/A |

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: February 15, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>ross.kwasteniet@kirkland.com<br>chris.koenig@kirkland.com<br>dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |